**SO ORDERED.**
**SIGNED December 17, 2020.**




**STEPHEN D. WHEELIS**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

IN RE:  MICHAEL DEWAYNE FUDGE                              CASE NO.: 17-31159
        SARAH NORMAN FUDGE
        DEBTOR(S)

### ORDER OF CONFIRMATION OF POST-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN

A Modified Chapter 13 Plan was filed by the Debtor(s) on October 30, 2020 (ECF No. 58) and noticed for a hearing on an "if and only if" basis. All, if any, Objections having been resolved, overruled or withdrawn, and considering the Chapter 13 Trustee's Certification in Support of Confirmation of Chapter 13 Plan,

**IT IS ORDERED** that the Modified Chapter 13 Plan (ECF No. 58) is hereby **CONFIRMED. The first payment is due on August 21, 2017, and the same date thereafter. $22,918.00 has been paid in for the first 39 months from August, 2017 - October, 2020, then $765.00 per month starting on November 21, 2020 for the remaining 34 months for a total of 73 months.**

**IT IS FURTHER ORDERED** that the following additional terms shall apply:

   **1. Payment Sequence**. Unless the Court enters an Order providing for a different payment sequence, to conform with the requirements of Code § 1325(a)(5)(B)(iii)(I), the Trustee must follow the payment sequence set forth below from payments received by the Trustee. Each numbered paragraph in subparagraph (b) is a level of payment. At the time of any disbursement, if there are insufficient funds on hand to pay any allowed claim in full, claims with a higher level of payment shall be paid any unpaid balance owed, in full, before any disbursement to a claimant with a lower level of payment. If multiple claimants are scheduled to receive payments within the same level of payment and there are insufficient funds to make those payments in full, available funds will be disbursed to claimants within that level on a *pro-rata* basis.

1

**(a)** The Trustee shall collect the percentage fee currently due from all payments under the Plan. *See*, 28 U.S.C. § 586(e).

**(b)** The Trustee must distribute–

**(1)** payment due under Code § 1326(a)(1)(C) (conduit adequate protection), if the Plan provides for such, which payment shall continue in equal monthly amounts post-confirmation until the Trustee has satisfied all claims due under Code § 1326(b)(1);

**(2)** payment of conduit ongoing monthly mortgage payments of the kind specified in Code § 1322(b)(2), if the Plan provides for such, for all such payments that become due after the commencement of the case and for each month thereafter in equal monthly amounts;

**(3)** payment due under Code § 1326(a)(1)(B) (conduit lease payment), if the Plan provides for such, and continue each month thereafter;

**(4)** payment due under Code § 1326(b)(1) (administrative claims), if the Plan provides for such, which payment shall commence as soon as practicable following confirmation until paid in full.

**(5)** payment to the holders of allowed secured claims (exclusive of an arrearage claim), if the Plan provides for such, in the respective amounts shown in the Plan as confirmed or as later modified, and pursuant to Code § 1325(a)(5)(B)(iii)(I), such payments shall continue for each consecutive month thereafter until said claim is paid in full;

**(6)** payment of home mortgage arrears, if the Plan provides for such;

**(7)** payment of specially classified claims, if the Plan provides for such, which payment shall be paid in the manner provided in the Plan;

**(8)** payment of claims entitled to priority under Code § 507, if the Plan provides for such, provided that in any event payment of such claims shall comply with Code § 1322(a)(2) and (4);

**(9)** payment of any remaining funds, *pro rata* to holders of allowed non-priority, unsecured claims; and

**(10)** payment of any debt or claim not addressed by this confirmation order shall be administered in accordance with the Plan and applicable laws.

**2. Restrictions on Incurring Debt**. Debtor(s) shall not incur any non-emergency consumer debt, including the refinancing of real property debt or purchases on credit in excess of the aggregate of $1,000.00 per calendar year, without order of the Court.

**3. Restrictions on Disposition of Property**. Debtor(s) shall not sell, dispose of, or transfer any property without Order of the Court.

**4**. **Claim Amount vs. Plan Amount for Sections 3.3 or 4.3 of the Plan**. Unless otherwise ordered by the court, to the extent Sections 3.3 or 4.3 of the Plan apply, the claim amount stated on a proof of claim controls over any contrary amounts listed in Sections 3.3 or 4.3 of the Plan. In the absence of a contrary timely filed proof of claim, the amounts stated in Sections 3.3 or 4.3 of the Plan are controlling.

**5. Tax Returns and Refunds**. In addition to the tax pledge in Part 2.2. of the Plan, the Chapter

2

13 Trustee shall establish procedures for reviewing tax returns and requests to retain refunds. These procedures shall include the tax certification currently required by the Debtor(s), which shall include any request to retain refunds and the reason therefor. The Chapter 13 Trustee shall then file an acknowledgment of receipt of tax document and approval of request to retain tax refund in the record and if approved by the Trustee, upload an order for review by the Court approving the retention of the refund. Any matters not submitted on consent shall be handled either by a motion for turnover of refund and/or a motion to retain refund.

      **6**. **Deadline for Secured Creditors to File Deficiency Claim**. Unless the court orders otherwise, a secured creditor whose collateral is surrendered must amend a timely filed proof of claim to assert a deficiency, if any, within 90 days after the later of: (a) the date the collateral is surrender by Debtor(s); (b) the date of the entry of this Order; or (c) the date the stay is lifted. If a deficiency claim is not timely filed, the surrender of the collateral shall constitute full satisfaction of the debt owed to such creditor.

      **7**. **Insurance Requirements.** To the extent required by any contract or agreement with a creditor, the debtor shall" (a) maintain insurance on all described collateral in an amount sufficient to protect the interest of the creditor therein; (b) name the creditor as "loss payee;" and (c) provide evidence of such insurance to the creditor. Debtor shall comply with 11 USC 1326(a)(4).

      **8**. **Sanctions**. Failure of any party in this case to abide by the terms of the Confirmed Plan and this Order may result in sanctions or dismissal of the case should Debtor(s) fail to comply.

/s/ E. Eugene Hastings                     /s/ E. Orum Young, III
**E. Eugene Hastings,**                       **Attorney for the Debtor(s)**
**Chapter 13 Trustee**

                                       E. Orum Young, III
                                       **Print Name**

###

3

United States Bankruptcy Court
Western District of Louisiana

In re:  
Michael Dewayne Fudge  
Sarah Norman Fudge  
    Debtor(s)

Case No. 17-31159-SDW  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0536-3     User: ffrischhe     Page 1 of 3  
Date Rcvd: Dec 17, 2020     Form ID: pdf1     Total Noticed: 42

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Dewayne Fudge, Sarah Norman Fudge, 1702 Meek Street, Bastrop, LA 71220-5929 |
| cr | + | First Heritage Credit, 1400 N. 19th St, Monroe, LA 71201-4940 |
| 7392439 | + | Amerisol, Po Box 65018, Baltimore, MD 21264-5018 |
| 7399015 | + | Centric Federal Credit Union, c/o David C. McMillin, POB 14415, Monroe, LA 71207-4415 |
| 7392441 | + | Commonwealth Financial, 245 Main St, Dickson City, PA 18519-1641 |
| 7392442 | + | Csd Collctn, Po Box 64828, Baton Rouge, LA 70896-4828 |
| 7484215 | + | First Heritage Credit, 1400 North 19th St, Monroe, LA. 71201-4940 |
| 7392444 | | First Heritage Credit, 2023 Hudson Lane, Monroe, LA 71201 |
| 7392445 | + | Franklin Collection Sv, 2978 W Jackson St, Tupelo, MS 38801-6731 |
| 7938549 | + | Kaila Hutchison, POB 94005, Baton Rouge LA 70804-9005 |
| 7938550 | + | Louisiana State University, c/o Jeff Landry, POB 94005, Baton Rouge LA 70804-9005 |
| 7938551 | + | Louisiana State University, c/o Univeristy of Monroe, POB 94005, Baton Rouge LA 70804-9005 |
| 7392448 | | Monroe City Clerk of Court, POB 777, Monroe, LA 71210-0777 |
| 7392449 | + | Morehouse Parish Sheriff, 351 S. Franklin Street, Bastrop, LA 71220-4540 |
| 7490062 | | Navient Solutions, LLC. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 7392450 | | Ruston City Court, POB 1821, Ruston, LA 71273-1821 |
| 7392452 | + | Snappy Cash, 111 E. Madison, Bastrop, LA 71220-3823 |
| 7392925 | + | U. S. Attorney's Office, Western District of Louisiana, 300 Fannin Street, Suite 3201, Shreveport LA 71101-3120 |
| 7392927 | | United States Department Of Education, POB 5609, Greenville TX 75403-5609 |
| 7392926 | + | United States Department Of Education, 50 Beale Street, Suite 8629, San Francisco CA 94105-1813 |
| 7392928 | + | United States Department of Education, Office of General Counsel, 400 Maryland Avenue SW, Room 6E353, Washington DC 20202-0001 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: LDRBankruptcy.EBN@la.gov | Dec 17 2020 19:50:00 | Louisiana Department of Revenue and Taxation, Attn: Bankruptcy Division, P.O. Box 66658, Baton Rouge, LA 70896-6658 |
| smg | + | Email/Text: bankruptcy_bpc@lwc.la.gov | Dec 17 2020 19:52:00 | State of Louisiana, Department of Labor, Delinquent Accounts Unit, UI Tech Support, 1001 North 23rd Street, Room 322, Baton Rouge, LA 70802-3338 |
| cr | + | Email/Text: jmcdougal@mycentric.org | Dec 17 2020 19:52:00 | Centric Federal Credit Union, P O Box 2456, West Monroe, LA 71294-2456 |
| 7931410 | | Email/Text: documentfiling@lciinc.com | Dec 17 2020 19:50:00 | ANTERO CAPITAL, LLC, PO BOX 1931, BURLINGAME, CA 94011-1931 |
| 7392440 | + | Email/Text: jmcdougal@mycentric.org | Dec 17 2020 19:52:00 | Centric Fcu, 1091 Thomas Rd, West Monroe, LA 71292-5821 |
| 7497151 | | Email/Text: bncnotices@checkintocash.com | Dec 17 2020 19:52:00 | Check Into Cash, Attn:Collections, PO Box 550, Cleveland, TN 37364-0550 |
| 7392443 | + | Email/Text: electronicbkydocs@nelnet.net | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 17 2020 19:51:00 | Dept Of Education/neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 7496483 | | Email/Text: G06041@att.com | Dec 17 2020 19:52:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 7500029 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 17 2020 19:52:00 | First Financial Investment Fund Holdings, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 7392446 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 17 2020 19:52:00 | Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 7463220 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 17 2020 19:52:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 7418248 | + | Email/Text: LDRBankruptcy.EBN@la.gov | Dec 17 2020 19:50:00 | Louisiana Department Of Revenue, PO Box 66658, Baton Rouge La 70896-6658 |
| 7392447 | | Email/Text: clavall@fmcfinance.net | Dec 17 2020 19:52:00 | Madison Loans, Inc., 2041 East Madison Avenue, Bastrop, LA 71220 |
| 7484109 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 17 2020 19:51:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 7457358 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 17 2020 20:14:43 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 7463297 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 17 2020 19:52:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 7433098 | | Email/Text: bnc-quantum@quantum3group.com | Dec 17 2020 19:51:00 | Quantum3 Group LLC as agent for, ACE Cash Express INC, PO Box 788, Kirkland, WA 98083-0788 |
| 7392451 | | Email/Text: bankruptcy.noticing@security-finance.com | Dec 17 2020 19:51:00 | Security Finance, 706 E. Madison Avenue, Bastrop, LA 71220 |
| 7396464 | + | Email/Text: bankruptcy.noticing@security-finance.com | Dec 17 2020 19:51:00 | SFC Central Bankruptcy, PO Box 1893, Spartanburg, SC 29304-1893 |
| 8177931 | | Email/Text: documentfiling@lciinc.com | Dec 17 2020 19:50:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 7406948 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 17 2020 19:51:00 | U.S. Department of Education C/O Nelnet, 121 S 13 St, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | MADISON LOANS, 2041 EAST MADISON, BASTROP LA 71220-4070, address filed with court:, Madison Loans, Inc., 2041 East Madison Avenue, Bastrop, LA 71220 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 19, 2020 | Signature: | /s/Joseph Speetjens |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2020 at the address(es) listed below:**

**Name**  **Email Address**

David C. McMillin
    on behalf of Creditor Centric Federal Credit Union mcmillin@wmhllp.com
    dement@wmhllp.com;vwycoff@wmhllp.com;rowen@wmhllp.com

E. Eugene Hastings (Ch 13 Trustee)
    ecftr@ch13monroe.com

Elijah Orum Young, III
    on behalf of Debtor Michael Dewayne Fudge ecf@eorumyoung.com
    eoyoung@eorumyoung.com;eoyoung@ecf.courtdrive.com;3736@notices.nextchapterbk.com

Elijah Orum Young, III
    on behalf of Joint Debtor Sarah Norman Fudge ecf@eorumyoung.com
    eoyoung@eorumyoung.com;eoyoung@ecf.courtdrive.com;3736@notices.nextchapterbk.com

First Heritage Credit of Louisiana, L.L.C.
    bknotice@rogerscarterlaw.com

Kevin J. Payne
    on behalf of Creditor First Heritage Credit of Louisiana  L.L.C. bknotice@rogerscarterlaw.com

Lee Daniel Thomas
    on behalf of Creditor Madison Loans  Inc. lee@leedanielthomas.com

Office of U. S. Trustee
    USTPRegion05.SH.ECF@usdoj.gov

TOTAL: 8